E-filing  CV 08  1695

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)
**(PR)**

I, _Kenneth Trask_ , declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California.  My prison address is:

_Kenneth Trask_ , CDCR #: _B-92755_
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _X-W-34DL_
SOLEDAD, CA 93960-0689.

On _3-17-08_ , I served the attached:

_Complaint under The Civil Rights Act, 42 U.S.C. §§ 1983_

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined.  The envelope was addressed as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA U.S. COURT HOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102-3483

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on _3-17-08_ .

Kenneth Trask
Declarant