1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**FILED**

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | CASE NO. _____ |
| vs. | **PRISONER'S TEH APPLICATION TO PROCEED IN FORMA PAUPERIS (PR)** |
| Defendant. |  |

16    I, Kenneth Trask _____, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.    Are you presently employed? Yes ____ No ✓

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____ n/a _____ Net: _____ n/a _____

27   Employer: _____ n/a _____

28   _____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____ Chester Adult School (Cook) _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or                    Yes ____ No ✓

10              self employment

11       b.    Income from stocks, bonds,                 Yes ____ No ✓

12             or royalties?

13       c.    Rent payments?                             Yes ____ No ✓

14       d.    Pensions, annuities, or                    Yes ____ No ✓

15             life insurance payments?

16       e.    Federal or State welfare payments,         Yes ____ No ✓

17             Social Security or other govern-

18             ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____ n/A _____

22   _____

23   3.    Are you married?                               Yes ____ No ✓

24   Spouse's Full Name: _____ n/A _____

25   Spouse's Place of Employment: _____ n/A _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ n/A _____ Net $_____ n/A _____

28   4.    a.    List amount you contribute to your spouse's support:$ ____ n/A _____

1          b.      List the persons other than your spouse who are dependent upon you for
2                  support and indicate how much you contribute toward their support. (NOTE:
3                  For minor children, list only their initials and ages. DO NOT INCLUDE
4                  THEIR NAMES.).
5  _____ n/A _____
6  _____
7  5.    Do you own or are you buying a home?          Yes ____ No __✓__
8  Estimated Market Value: $___n/A____ Amount of Mortgage: $___n/A_____
9  6.    Do you own an automobile?                      Yes ____ No __✓__
10 Make _____n/a_____ Year ____n/A____ Model ___n/A_____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____n/A_____
12 Monthly Payment: $___n/A____
13 7.    Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____ n/A _____
15 _____
16 Present balance(s): $_____ n/A _____
17 Do you own any cash? Yes ____ No __✓__ Amount: $_____n/A_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __✓__
20 _____
21 8.    What are your monthly expenses?
22 Rent: $_____n/A_____ Utilities: _____n/A_____
23 Food: $_____n/A_____ Clothing: _____n/A_____
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
26 | ___n/A___ | $___n/A___ | $___n/A___ |
27 | _____ | $_____ | $_____ |
28 | _____ | $_____ | $_____ |

1  9.     Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _____U.S. District Court Northern California

4  _____(Balance unknown)_____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____  No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ n/A _____

10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13     I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16  4/3/08 _____               Kenneth Nash _____

17    DATE                         SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                           Case Number: _____

3                                                    )

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                      **IN**

10                        **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
              [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____          _____
                                      [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

- 5 -

E-filing 

TEH
(PR)

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45.  This means that you **must** (check off the boxes ☑ when done):

☑ **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

Each attorney representing a party must also:

☑ **2) Register** to become an efiler by filling out the efiler application form.  Follow ALL the instructions on the form carefully.  If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☑ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below.  You do not need to wait for your registration to be completed to email the court.

☑ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records).  If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free.  If you need to establish or check on an account, visit:  **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically.  Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website:  **http://ecf.cand.uscourts.gov**

**Submitting Initiating Documents**
PDF versions of all the initiating documents originally submitted to the court · (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case.  For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court.  You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system.  All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

**Questions**
Almost all questions can be answered in our **FAQ**s at
**http://ecf.cand.uscourts.gov**, please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or
call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from
9:00am to 4:00pm Pacific time, excluding court holidays.

Version 5/14/2007