United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TRASK, ) | No. C 08-01695 TEH (PR) |
|     Plaintiff, ) | |
| vs. ) | ORDER GRANTING EXTENSION OF TIME TO SUBMIT COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| E. B. ABANICO, et al., ) | |
|     Defendants. ) | |

    Plaintiff, a California state inmate at San Quentin State Prison, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.

    Plaintiff failed to pay the appropriate filing fee, so on March 28, 2008, this court's clerk sent him a notice that he must pay the filing fee or file a completed In Forma Pauperis Application within thirty days or the case would be dismissed.

    On April 10, 2008, plaintiff filed an application to proceed in forma pauperis. However, the application is insufficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer at the prison and plaintiff failed to provide a copy of prisoner's trust account statement for the last six months.

    Within **thirty (30) days** from the date this order is filed, plaintiff must submit

a properly completed Certificate of Funds in Prisoner's Account and a copy of prisoner's trust account statement for the six month period immediately preceding March 28, 2008, the date the instant complaint was filed. Failure to comply in accordance with this order will result in the dismissal of this action without further notice to plaintiff.

IT IS SO ORDERED.

DATED: April 22, 2008

THELTON E. HENDERSON
United States District Judge