FILED
08 MAY 20 PM 3:30
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH TRASK
Plaintiff,

vs.

E.B. ABANICO, et al.,
Defendant.

CASE NO. C08-01695 TEH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Kenneth Trask, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No x

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: N/A

Employer: N/A

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ____ No x

Estimated Market Value: $ N/A Amount of Mortgage: $ N/A

6. Do you own an automobile? Yes ____ No x

Make N/A Year N/A Model N/A

Is it financed? Yes ____ No x If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ____ No x (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ____ No x Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No x

8. What are your monthly expenses?

Rent: $ N/A Utilities: N/A

Food: $ N/A Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Chester Adult School (Cook)

$ 5.20 Hour

gross $ 2.60

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No x___

b. Income from stocks, bonds, or royalties? — Yes ___ No x___

c. Rent payments? — Yes ___ No _x_

d. Pensions, annuities, or life insurance payments? — Yes ___ No ___x

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No _x_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married? — Yes ___ No x

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $ N/A

4. a. List amount you contribute to your spouse's support:$ N/A

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

Northern District of California

Balance unknown at this time.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No x

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 5,2008 — DATE

[signature] — SIGNATURE OF APPLICANT

**Case Number:** C08-01695 TEH (PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Kenneth Trask [prisoner name] for the last six months California Mens Colony [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø.

Dated: 5/12/08

Melissa Diehl
[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU MAY 08, 2008

ACCOUNT NUMBER : B92755 BED/CELL NUMBER: EFAQB1F200001203X
ACCOUNT NAME : TRASK, KENNETH ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/06/2008 | H106 | UNITED PARCEL SERVICE HOLD | 4706 | 4.85 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 4.85 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 4.85- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY M Diehl 5-12-08
TRUST OFFICE Acct. Technician

Received 05-12-08 10:14 From- To-CMC ACCOUNTING Page 03

MAY-12-2008 MON 11:18 AM FAX NO. P. 03

REPORT ID: TS3030 .701

REPORT DATE: 05/12/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU MAY 12, 2008

ACCOUNT NUMBER : E92755
ACCOUNT NAME : TRASK, KENNETH
PRIVILEGE GROUP:

BED/CELL NUMBER:
ACCOUNT TYPE: T

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/12/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Chang
TRUST OFFICE
Acct / Specialist

Case Number: ______________

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

Trask, Kenneth for the last six months at
[prisoner name]

CTF - Soledad where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0- and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0- .

Dated: 5-12-08

Yolanda Chang
Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/12/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Chang
TRUST OFFICE Acct. / Specialist



Received 05-12-08 10:14 From- To-CMC ACCOUNTING Page 02