May 15, 2008



Kenneth, Trask #B-92755   1203X
California Men's Colony
P.O. Box 8101
San Luis Obispo, Ca 93409-8101


Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102


Re: Kenneth Trask  Plaintiff, vs. E.B. Abanico, et al., Defendants.
No. C 08-01695 TEH (PR).

Dear R.W. Wieking Sir,

   Recently I was transferred from Soledad State Prison here to California Men's Colony, while in route numerous personal property items came up missing, lost and or destroyed. Included were all legal paper work pertaining to the recent file case above.

   Could you Please copy me two (2) copies, one to be addressed to Dennis Cunnigham, Attorney at Law  115-½ Bartlett Street  San Francisco, CA 94110, and the other to myself at the above mentioned address.

   I Thank you Sir for your time, and I very much appreciate your help.

RESPECTFULLY REQUESTED:

Kenneth Trask,


