Kenneth, Teask #B-92755 - 1203X
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101



June 12, 2008

United States Courts
Office of the Clerk, United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Kenneth Trask Plaintiff vs. E.B. Abanico, et al Defendants
no. C08-01695 TEH (PR)

Dear R.W Wieking Sir, recently I requested two (2) copies, one
to be addressed to Dennis Cunningham, Attorney at, Law 115½ Bartlett Street
San Francisco, CA 94110, and the other to myself at the above mentioned add-
ress. (copy of request is enclosed). You sent me (United States District
Court Northern District of California Request for Copies) forms. Sir, I am
a indigent inmate. Recently I filed the neccessary forms and paper work to
prove this fact at Judge Hendersons request, all pertaining to the above case
and mailed them to your office. sir, in regards to my request for copies and
possibly the need for copies in the future, is there anyway that I can receive
needed copies without having to pay (Retrieval Fee?).

                                    With Respect,
                                    K. Trask

                                    K. Trask