IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TRASK, | No. C-08-1695 TEH (PR) |
|     Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
|     v. | |
| E.B. ABANICO, et. al., | |
|     Defendants. | (Doc. #19) |

Good cause appearing, Plaintiff's FIRST request for an extension of time to file an Opposition to Defendant's Motion to Dismiss is GRANTED. Plaintiff shall file his Opposition by no later than November 30, 2009, and Defendant shall file his Reply within 15 days after Plaintiff has filed his Opposition. Absent good cause shown, no further extensions of time will be granted.

IT IS SO ORDERED.

DATED   10/01/09

THELTON E. HENDERSON
United States District Judge

N:\CM-PDF Forms\Trask-08-1695-eot opp to mtd.wpd